# Order

Michigan Supreme Court
Lansing, Michigan

September 21, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

137451 (87)

MICHIGAN EDUCATION ASSOCIATION,
      Plaintiff-Appellant,

v

SECRETARY OF STATE,
      Defendant-Appellee.

_____

SC: 137451
COA: 280792
Ingham CC: 06-001537-AA

On order of the Chief Justice, the motion by defendant appellee for extension to September 17, 2010 of the time for filing its brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2010

_____
Clerk